[No. 14825–7–I.  Division One.  March 10, 1986.]

JOSEPH H. BORDYNOSKI, ET AL, *Appellants,* v. JAMES
P. BERGNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 54835, Jack S. Kurtz, J., entered April 27, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse and Webster, JJ.

[No. 15264–5–I.  Division One.  March 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. NOLAN
EDWIN MCSHERIDAN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00702–4, Shannon Wetherall, J., entered August 1, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Coleman, JJ.

[No. 15425–7–I.  Division One.  March 10, 1986.]

WILLIAM R. COOK, ET AL, *Appellants,* v. JACK
BENTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–02532–6, Daniel T. Kershner, J., entered August 29, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Ringold, J.